# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**
**ETHYLENE CRENSHAW, ex rel.,**

**Plaintiffs,**

**-vs-** **Case No. 6:06-cv-1462-Orl-19KRS**

**NANCY DEGAYNER, DEGAYNER ASSOCIATION MANAGEMENT, INC., ELDIST MARIE LEWIS, CAROL BLACKMAN, LARRY DUGGAN, DONNA HICKEY, ARASI ADESOLA, MIRIAM S. COATES, KASS GENNEKEN, ROYAL PALM COURT HOMEOWNERS ASSOCIATION**

**Defendants.**

---

## ORDER

This cause came on for consideration after oral argument on Relator Ethylene Crenshaw's counsel's Motion to Withdraw as Counsel. Doc. No. 53.

As Crenshaw was informed at the hearing, she may not proceed as a relator in the *qui tam* portion of in this action unless she is represented by counsel. *United States, ex. rel. White v. Apollo Group, Inc.*, No. EP-04-CA-452-DB, 2006 WL 487853, at *3 (W.D. Tex. Jan. 6, 2006) ("A *pro se* relator cannot prosecute a *qui tam* action because policy considerations forbid litigants to be represented by non-lawyers.").

Accordingly, it is **ORDERED** that on or before January 31, 2008, Crenshaw shall retain new counsel who is a member of the bar of this Court and cause the new counsel to file a notice of appearance in this case. Crenshaw is cautioned that failure to retain counsel by such date could result

in an order granting the present motion permitting counsel for Crenshaw to withdraw and a recommendation that the case be dismissed subject to the approval of the United States.

It is further **ORDERED** that the deadline for the disclosure of the plaintiff's expert report is extended to February 4, 2008, and the deadline for the disclosure of the defendants' expert report is extended until February 25, 2008. No other deadlines in this case are extended by this Order, and the parties shall not rely on this extension as support for a motion to extend any other deadlines in this case.

**DONE** and **ORDERED** in Orlando, Florida on January 15, 2008.

Karla R. Spaulding

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties